THE STATE *ex informatione* ATTORNEY-GENERAL v. PAGE.

Division Two, July 6, 1897.

Quo Warranto: DEMURRER. To *quo warranto* filed by the Attorney-General inquiring by what right the respondent, having failed to pay his taxes prior to his election, holds the office of city marshal, a demurrer was filed. *Held*, that as the demurrer confesses the marshal had not paid his taxes according to law, the information being sufficient, a writ of ouster will be issued. (Following *State ex rel. v. Williams*, 99 Mo. 291, and *State ex inf. v. Berkeley*, 140 Mo. 184.)

*Quo Warranto.*

JUDGMENT OF OUSTER ENTERED.

*Edward C. Crow*, Attorney-General, *W. W. Graves*, *Silas W. Dooley* and *J. S. Francisco* for relator.

*W. O. Jackson* for respondent.

State ex rel. v. Klein.

SHERWOOD, J.—The information filed *ex officio* by the Attorney-General inquires *quo warranto* the respondent holds the office of city marshal of the city of Rich Hill, a city of the fourth class, he having failed to pay his taxes until after the date on which he claims to have been elected.

The demurrer of respondent to the information confesses this allegation of the information to be true.

This cause has been submitted on demurrer. Following the ruling announced in *State ex rel. v. Williams*, 99 Mo. 291, and *State ex inf. v. Berkeley*, 140 Mo. 184, we hold the information sufficient and award judgment of ouster.    All concur.